1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHANNEN BRADLEY, individually and as )
Personal Representative of the Estate of )
RICHARD WILLIAMS, deceased, *et al.*, )
               )
            Plaintiffs, )
               )
vs. )
               )
UNITED STATES OF AMERICA, )
               )
            Defendants. )
_____ )

Case No.  2:12-cv-01526-MMD-GWF

**ORDER**

Motion to Stay Discovery (#20)

      This matter comes before the Court on Defendant's Motion to Stay Discovery (#20), filed on January 17, 2013.  Defendant seeks a stay pending resolution of Defendant's Motion to Dismiss (#15), presently before the District Court.  The Court finds that Defendant establishes good cause for a stay.  Furthermore, Defendant represents that Plaintiffs do not oppose a stay of discovery in this case.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Stay Discovery is **granted**.

      DATED this 23rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge