# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNEN BRADLEY, individually and as Personal Representative of the Estate of RICHARD WILLIAMS, deceased, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | Case No.  2:12-cv-01526-MMD-GWF <br><br> **ORDER** <br><br> Motion to Stay Discovery (#20) |

   This matter comes before the Court on Defendant's Motion to Stay Discovery (#20), filed on January 17, 2013.  Defendant seeks a stay pending resolution of Defendant's Motion to Dismiss (#15), presently before the District Court.  The Court finds that Defendant establishes good cause for a stay.  Furthermore, Defendant represents that Plaintiffs do not oppose a stay of discovery in this case.  Accordingly,

   **IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Stay Discovery is **granted**.

   DATED this 23rd day of January, 2013.

   _____
   GEORGE FOLEY, JR.
   United States Magistrate Judge