# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHANNON BRADLEY, individually and as Personal Representative of the Estate of RICHARD WILLIAMS, deceased, SEAN WILLIAMS and PATRICK WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:12-cv-01526 -APG-GWF<br><br>**ORDER REOPENING CASE AND RESCINDING ORDER DISMISSING CASE [DKT #26]** |

On May 21, 2013, the Court entered its Order Dismissing Case Without Prejudice [Dkt. #26]. That Order was based upon Defendants' Motion to Dismiss [Dkt. #15] filed November 16, 2012. Subsequent to entry of the Order dismissing this case, Plaintiffs filed a Motion to Reopen Case [Dkt. #28]. That Motion points out that, after the Motion to Dismiss [Dkt. #15] had been fully briefed, Plaintiffs filed a companion case (2:13-cv-250) alleging the same facts set forth in the Complaint in this case, but attaching the requisite Affidavit that had been missing from the first Complaint. The second-filed case (2:12-cv-0250) was consolidated into this case on March 5, 2013, and the second-filed case was closed.

Plaintiffs contend that the consolidation of the second-filed Complaint into this case cures the defects in the original Complaint. Defendants' counsel concurs with

Plaintiffs' Motion to Reopen this case, and has no objection to the Complaint being reinstated. Accordingly,

**IT IS HEREBY ORDERED** that the Court's May 21, 2013 Order [Dkt. #26] and Clerk's Judgment [Dkt. #27] are rescinded and this case is reopened.

Dated:  May 28, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE