# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANNEN BRADLEY, individually and as Personal Representative of the Estate of RICHARD WILLIAMS, deceased, SEAN WILLIAMS and PATRICK WILLIAMS, )
)
)
)
)
)
Plaintiffs, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
Defendants. )

Case No.  2:12-cv-01526-MMD-GWF

**ORDER**

This matter is before the Court on the Unopposed Motion for Extension of Time of Discovery Deadlines (Second Request) (#42) filed January 28, 2014.  The parties advise the Court that they are discussing a possible settlement and have agreed to a ninety (90) day extension of the remaining discovery deadlines.  Accordingly,

**IT IS ORDERED** the Unopposed Motion for Extension of Time of Discovery Deadlines (Second Request) (#42) is **granted**.  The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **June 30, 2014**
2. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **May 1, 2014**
3. Last date to disclose rebuttal experts: **June 2, 2014**
4. Last date to file dispositive motions: **July 30, 2014**
5. Last date to file joint pretrial order: **September 1, 2014**

DATED this 29th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge