# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANNEN BRADLEY, individually and as Personal Representative of the Estate of RICHARD WILLIAMS, deceased, SEAN WILLIAMS and PATRICK WILLIAMS,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendants.

Case No. 2:12-cv-01526-MMD-GWF

**ORDER**

This matter is before the Court on the Unopposed Motion for Extension of Time of Discovery Deadlines (Second Request) (#42) filed January 28, 2014. The parties advise the Court that they are discussing a possible settlement and have agreed to a ninety (90) day extension of the remaining discovery deadlines. Accordingly,

**IT IS ORDERED** the Unopposed Motion for Extension of Time of Discovery Deadlines (Second Request) (#42) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **June 30, 2014**
2. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **May 1, 2014**
3. Last date to disclose rebuttal experts: **June 2, 2014**
4. Last date to file dispositive motions: **July 30, 2014**
5. Last date to file joint pretrial order: **September 1, 2014**

DATED this 29th day of January, 2014.

                                                                        *George Foley Jr.*
                                                          GEORGE FOLEY, JR.
                                                      United States Magistrate Judge