DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
justin.pingel@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNEN BRADLEY, individually and as Personal Representative of the Estate of RICHARD WILLIAMS, deceased, SEAN WILLIAMS and PATRICK WILLIAMS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:12-cv-01526-APG-GWF |

**UNOPPOSED MOTION FOR EXTENSION OF TIME OF CLOSE OF DISCOVERY**
(Fifth Request)

The United States of America ("United States") respectfully requests an extension of time of sixty (60) days to September 29, 2014, for the deadline for the close of discovery in order to allow the parties to engage in settlement discussions regarding the remaining issue in this case.

In support of the instant Motion, the United States submits the following:

1.     This Motion is brought in order to accommodate the undersigned counsel for the United States and the parties' efforts to settle all remaining issues in this case.

1

2.	On April 11, 2014, the current Scheduling Order was granted by the Court (ECF #49) setting revised discovery deadlines. Since that time, the parties discussed and settled the issues of liability and causation in this Federal Tort Claims Act case.

3.	On July 10, 2014, the parties filed a stipulation with regard to liability and causation (ECF #54). On July 11, 2014, the Court granted the parties' stipulation (ECF #55).

4.	The parties will now engage in settlement discussions to settle the remaining issue of damages. Should the parties come to an agreement, it would bring this matter to a full resolution.

5.	Undersigned counsel and Plaintiff's counsel have agreed a sixty (60) day extension of time is needed, postponing the deadline for the close of discovery until September 29, 2014. Should the parties fail to reach a settlement, the Government intends to conduct a very limited amount of damages related discovery.

6.	The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, the United States respectfully requests the instant Motion extending the close of discovery deadline for sixty (60) days to September 29, 2014, be granted.

Respectfully submitted this 30th day of July 2014.

DANIEL G. BOGDEN
United States Attorney

 /s/ Justin E. Pingel
JUSTIN E. PINGEL
Assistant United States Attorney


IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: July 31, 2014

2