# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNEN BRADLEY, individually and as Personal Representative of the Estate of RICHARD WILLIAMS, deceased, SEAN WILLIAMS and PATRICK WILLIAMS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No.  2:12-cv-01526-APG-GWF<br><br>**ORDER** |

This matter comes before the Court on Defendant's Status Report (#58), filed October 1, 2014.  The Court previously granted the Unopposed Motion for Extension of Time (#57) on July 31, 2014.  In that Order, the Court granted the Parties' extension of time by 60 days for all discovery deadlines. The deadlines to file dispositive motions and joint pretrial orders were not mentioned in the order and were therefore not changed in the docket.  Accordingly,

**IT IS HEREBY ORDERED** that the following deadlines apply:

(a) to file dispositive motions: **October 29, 2014**;

(b) to file a Joint Pretrial Order: **November 28, 2014**; and

(c) if dispositive motions are filed, the Joint Pretrial Order deadline is suspended for 30 days after a decision of the dispositive motions.

DATED this 3rd day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge