1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANNEN BRADLEY, individually and as )
Personal Representative of the Estate of )
RICHARD WILLIAMS, deceased, SEAN )
WILLIAMS and PATRICK WILLIAMS, )
)
          Plaintiffs, )    Case No.  2:12-cv-01526-MMD-GWF
)
vs. )    **ORDER**
)
UNITED STATES OF AMERICA, )
)
          Defendants. )
_____)

      This matter is before the Court on the parties' failure to file a Joint Pretrial Order.  On

December 1, 2014, the Court granted an extension of time to file the Joint Pretrial Order on or

before December 19, 2014 (Order #61).  To date, the parties have failed to comply.  Accordingly,

      **IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **January 16,**

**2015**.  Failure to comply may result in the issuance of an order to show cause why sanctions should

not be imposed.

      DATED this 7th day of January, 2015.


                    _____
                    GEORGE FOLEY, JR.
                    UNITED STATES MAGISTRATE JUDGE